# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ANGELA B. PALMER, individually, and as legal                                                       PLAINTIFF
guardian and next friend of DKW, Jr., a minor

v.                                               No. 4:09CV00290 JLH

YAMAHA MOTOR CORPORATION, U.S.A.;
YAMAHA MOTOR MANUFACTURING
CORPORATION OF AMERICA; and
YAMAHA MOTOR COMPANY, LTD.                                                                         DEFENDANTS

## ORDER

Pursuant to the motion to stay proceedings pending the MDL Panel's decision regarding transfer filed by Yamaha Motor Corporation, U.S.A., and Yamaha Motor Manufacturing Corporation of America, this case is hereby stayed pending a decision by the Judicial Panel on Multidistrict Litigation to transfer this case to the MDL proceeding that has been established in the Western District of Kentucky.

IT IS SO ORDERED this 24th day of July, 2009.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE